# EXHIBIT B

## False Reviews Associated with "Tommy Carson" Fictional Infringing Profile

G+ Arket Electric and Generator 21 followers | 43,969 views 82 Follow chenectady, NY 12308

About Posts Photos Videos

Kara Gregory
★★★★★ 11 months ago
We have used Arket Electric multiple times now and have always been very satisfied. The technicians that come and do the work are always very courteous and kind and really knowledgeable about what they are doing. They are always able to answer all of our questions and we appreciate everything they have done, they are a great company for all of your electrical needs.

Alec Parker
★★★★★ 7 months ago
Arket Electric has a great group of people working for them that do an excellent job.

Alice Powell
★★★★★ a year ago
The work quality of Arket Electric is amazing they do absolutely excellent work. Everything was done on time and when they promised.

Thomas Benner
★★★★★ a year ago
Arket electric are great people the are very knowledgeable about what they are doing. We were recommended by a friend and we are so glad we decided to go with them.

ah Dennis
★★★★★ 9 months ago
They are great people at Arket Electric. I needed them once on a Friday afternoon and they had someone come within half an hour and fixed my problem. They're excellent.

Tyler Castro
★★★★★ 3 weeks ago
They are always on time when scheduled!

Tommy Carson
★★★★★ 10 months ago
I think Arket Electric is fantastic. I have a generator that they service and the guys are always very nice.

John Goodman
★★★★★ a year ago
Arket Electric put in a generator for me for my house a couple of years ago. They come and service it every year, like 3 times a year! Great.

Karl Burghart
★★★★★ a year ago
Great service and fast installation!


Leah Dennis
★★★★★ 10 months ago
My experience with Catskill Valley Homes was good. I had no problems at all. I went there and talked to Brian and he helped me choose what I wanted. Everything was pretty much customized to the way I wanted it so it was great.


Elizabeth Harmon
★★★★★ 10 months ago
The trailer we picked was ordered and delivered on time. We spent a half of a day with Catskill ordering a floor covering and all of the things that we wanted. I looked around at other places and Catskill Valley Homes had prices that were comparable to other places and we liked how we were able to customize it.


Tommy Carson
★★★★★ a year ago
I was really happy with the completeness of their work. Besides the modular they put up, they did the heating and air system, the foundation, and the slab floor. It was the whole package and they followed through on everything.


Matt Dermott
★★★★★ a year ago
The staff was really helpful throughout the ordering process. I was able to see all of the layouts of the homes and order the one that was right for me. Everything worked out really well.


Douglas Harris
★★★★★ a year ago


★★★★★ 5 months ago
We needed a new house fast, when ours burned down. We worked with Brian and he worked with us to kind of custom build our home. We were really happy with the end result.


Samantha Power
★★★★★ 6 months ago
The quality is what impressed me with Catskill Valley Homes. They were there for us whenever we needed them throughout the whole process as well.


Lance Launder
★★★★★ 11 months ago
They brought the house over and put the skirting around it. Brian was a lot of help and got it delivered to me on time. He was more than cooperative and patient with me.


Maddie Church
★★★★★ a year ago
Catskill Valley Homes built our house. The quality of the final home was very good. We had no problems with the build or the design. They were there for anything that we needed done and I know they always will be.


Stephanie Deminco
★★★★★ a year ago
Excellent quality! I ordered a home through Catskill Valley Homes and had no problems with the process. Amy was very organized and on top of all the information that I needed.



Jamie Abbott

★★★★★ a year ago

I have to admit I wasn't thrilled at the idea of four appointments to do four fillings at each one, but I was pleasantly surprised. It was completely painless, even after the Novocaine wore off. The staff is always so pleasant and you can tell that they all love being there which makes it even better for the patients. Not to mention, Dr. Ted sings along to the radio while he's working which makes it as fun an experience as having teeth filled can be!



Sara Cannon

★★★★★ a year ago

I did not like going to the dentist before I started going to Dr. Eckermann. From the moment I walked in I was put at ease and they took great care of me. I always tell people about my great experience.



Tommy Carson

★★★★★ 11 months ago

I've been going to Dr. Eckermann every week for about five weeks to get fillings that I needed. The whole staff recognized me each time I went and knew what I was having done which shows the office has great communication among everyone and they get to know their patients.



Leah Dennis

★★★★★ a year ago

Everyone in the office at Dr. Eckermann's is amazing! They are all extremely nice and friendly. Dr. Nancy Berg did the filling on my tooth and did a great job. I needed Novocaine and get very nervous with it, but she made it nearly painless and I barely felt it. I recommend both Dr. Eckermann and Dr. Berg.



Maria Kennedy

★★★★★ 10 months ago

Dr. Eckermann is very sweet and gentle with my teeth. He does beautiful work and it is a pleasure going to the dentist now.



Tom Pucknette

★★★★★ a year ago

Dr. Eckermann did a great job with fixing my tooth. Better than ever! He did a very professional job with the fix. He knows I don't like dental work, but he made me feel comfortable throughout the work that I had done.

https://plus.google.com/+FireGlowDistributorsIncYorktownHeights/about

Apps | Lexis | Lexis Advance® | myPanjiva Dashboard | CBP IPR | Aliprotect | DH Gate IPR | uFaker | IPEDGE | Electronic Copyright | USPTO TTABVUE | ESTTA | SDNY CM/ECF Versio | Other bookmarks

Join Google+ Sign in to Google+ to see reviews from people you know. Learn more about Google+ Local

Fire Glow Distributors Inc 2989 Navajo St Yorktown Heights, NY 10598 | 31 followers | 201,816 views | Follow

About | Posts | Photos | YouTube

★★★★★ 10 months ago
I received excellent service from Fire Glow for my Quadrafire pellet stove. The problem with my stove was diagnosed accurately and repaired quickly at a fair price.

Tammy Delgado
★★★★★ a year ago
The installer was adorable! He was so nice and courteous. He really knew all about the fireplace and how to make sure it was installed perfectly. I have had two wood stoves installed over the past 10 years with Fire Glow and they are easy to work with

Karen Powers
★★★★★ 2 years ago
I can always send Gail a question through an email and I will always get a good prompt response. I know that I can trust them to clean my chimney as well to keep my family safe during the winter season.

Lance Launder

FireGlow's products, sales team and customer service. We have purchased multiple pellet stoves over the past 20 years and are extremely pleased with John Meeker's expertise and support. We are addicted to our pellet stove heat and have FireGlow to thank for this positive experience. We also use FireGlow for our ongoing ...

Douglas Harris
★★★★★ a year ago
My friend is a contractor and when he told me his house was cold I recommended he get a pellet stove. He looked into getting one and went to Fire Glow for the best variety. He had it installed last summer and will not stop thanking for referring him to them.

Nancy Falone
★★★★★ 2 years ago
I have really enjoyed our fireplace during this extremely cold winter. I also like going to Fire Glow to pick up little knick-knacks for around my fireplace. The little things definitely make our house a home.

exactly what I wanted and they were able to help me pick the best option for the room. They were great.

Becky Fritch
★★★★★ 2 years ago
I was without electricity for one week and I knew I needed a wood stove. I was on a mission to find one near my house. I was driving around looking for different stores and I was fortunate enough to find Fire Glow Distributors. They were able to install my new stove quickly and the price of the stove came in under the budget I had set for it!

Tommy Carson
★★★★★ a year ago
Fire Glow has really great customer service and I'm extremely happy with the wood stove I received.

Maddie Church
★★★★★ a year ago
Fantastic selection. They had exactly what

12:45 PM 2/8/2016

About Posts Photos YouTube



Olivia Paes

★★★★★ a year ago

The people at Collison Experts are great people and wonderful to work with. My vehicle was always ready on time and I have never had any problems with them.

Christian McLaughlin

★★★★★ a year ago

Everything about Collision Experts is excellent. They go above and beyond for their customers. They offered me a rental option when I wasn't going to have my car for a longer period of time. Very convenient.



Tommy Carson

★★★★★ a year ago

I used them for the first time when my car was rear-ended. The team that worked on my car was very good and helpful. I was made aware of all of the changes that were made and they completed it in the time they said they would.



Neale Petrillo

★★☆☆☆ 2 years ago

After an accident my car suffered considerable front end damage. When I first dropped off the car at Collision Experts things were going fine. They got the necessary parts quickly, gave me daily status updates, and within a week I had my car back. The initial repairs looked all right and they assured me that there was no structural damage to the car.

...

em in the future.



Tiffanie Derosia-Bornt

★★★★★ a year ago

We brought our brand new Dart there collision work and couldn't be more pleased wit experience. Ben at Collision Experts went above beyond helping us with the whole process from finish. I would recommend them to anyone and definately use them again in the future if we eve their services.

Jay Brown

★★★★★ a year ago

I had to have some major repair work on my car and they actually had it ready for me early than expected! I don't think I've ever been t collision center where they had my car done on alone a day early. They also gave me a free car while it was in the shop which was awesome.



Eric Peterson

★★★☆☆ 2 years ago

I've used Collision Experts twice. The time I used them was at the very end of 2011 or of 2012, the "biggest problem" we had was that was ready much quicker than expected. The ori estimate for when the car would be ready was r long, and I'd planned business trips around the expectation that my wife's car would be ready a

...



Matt Gibbons

have a lot of staff. This place was great.



Alec Parker
★★★★★ 6 months ago
Niagara Landing is a really nice winery. The staff was great and overall we had a great time. The prices were affordable as well.



Michael Lawson
★★★★★ a month ago
Some of the most interesting wines I have tasted!



Mary Kate Hannover
★★★★★ 9 months ago
Niagara Landing is a wonderful place! The wine is very good as well as the prices.



Leah Dennis
★★★★★ 9 months ago



Kay Birch
★★★★★ 7 months ago
My favorite wine from Niagara Landing is the Baco Noir and my husband's is the Dry Riesling. Their wines are very satisfying.



jason schultz
★☆☆☆☆ a year ago
took money for tasting from a group then told them they were drunk kick them out in front of all there other customers yelling get the f out of our store didn't give money back for tasting!!! I went talk to the owner to get money back ...he the owner said "are you defending them f******g drunks?" could not show me video of them being drunk and rude in the business...
•••

A Google User
★★★★☆ 5 years ago
AWESOME wine....



Tommy Carson
★★★★★ 10 months ago



★★★★★ 4 months ago

Do business with people who know how to act- Do business with Potter Perrone Heating & Air. You'll be happy you did.

appointment in only 2 days. I decided to schedule the appointment for the next week due to my schedule but other companies were 2 or 3 weeks out.

...

Christina Jones

★★★★★ a year ago

I had another company come check my air conditioner before the summer and they did not solve the issue. So instead of dealing with them again I went to Potter Heating and Air Conditioning. I asked the repairman to check what the other company had said they fixed and he was able to tell me what the issue was and the solution. He was able to fix the problem

...

John Ronalds

★★★★★ a year ago

Years ago I needed a whole new duct system installed in my office. I called Potter Heating and Air because of their great reputation in the area. Ever since they have come every year to check on the system and make sure it is running properly. I am very happy we went with Potter for our big project.

Matt Dermott

★★★★★ a year ago

Perrone Plumbing has done some significant plumbing for us over the year and I cannot thank them enough for their hard work to solve our issues. They do excellent work and continue to keep us going.



Tommy Carson

★★★★★ a year ago

I had condensation leaving puddles on the floor near the chimney. Bryan came and made the correct diagnosis of cold air entering the bottom of the chimney, installed an insulated door, and the problem was solved.

More