# EXHIBIT C

## Sampling of Complaints regarding Defendant's Services




"First of all, don't trust all these reviews that give the company 5 stars. One thing that the company does is write untrue reviews for companies that buy their services...."

*Available at:* https://www.glassdoor.de/Bewertungen/Bewertungen-CGI-Communications-RVW7086501.htm

Complaint Breakdown by Resolution

About Complaint Details

Complaint Resolution Log (18)

The complainant verified the issue was resolved to their satisfaction. (7 complaints)

The Business addressed the issues within the complaint, but the consumer did not accept the response, OR BBB has not heard back from the consumer as to their satisfaction. (11 complaints)

5/31/2016

Problems with Product/Service | Read Complaint Details

Additional Notes

X

**Complaint:** Hired CGI Communications (aka Next Ad Agency) for all of our online operations. Contact included new website, ****** Page, ******** Page, SEO/SEM rankings and adding customer referrals to achieve a 5 star ****** rating. The firm actually placed fake testimonials online to get the star ranking increased. I asked for them to be removed with adding my actual client testmonials and they wouldn't do it. Seemed pretty shady practice. The Firm praises their success of being one of the few agencies approved by ****** and charged over $4K for their services with not receiving the contracted services. I reached out to Mr. Frank ****** President with no success and was told by my fourth assigned rep that they don't do refunds or offer to fix the non-compliance of the contracted services. I referred three businesses to them and they have all stated the same type of service was received. All stated they feel nothing was done behind the scenes, Any help to get a refund is greatly appreciated.

**Desired Settlement:** Full Refund of $4,800.

**Business Response:** Since customer service is our number one priority at, CGI Communications, we take BBB complaints very seriously. In this case, we disagree with the clients' assertions.All services purchased by the client were provided as promised. Including, but not limited to: Website, ****** Page, ******** page creation, SEO, and reputation management. The clients' website was completed and approved. It is currently live, with the client is utilizing it ******************************. The rights to the website were provided to the client in good faith for continued use, even though that was not part of the contract ($500 fee waived).None of the reviews generated by Next are ever fake. They are all documented, recorded, authentic reviews from past and current clients. We keep

"The firm actually placed fake testimonials online to get the star ranking increased. I asked for them to be removed with adding my actual client testmonials *[sic]* and they wouldn't do it."

*Available at:* http://www.bbb.org/upstate-new-york/business-reviews/video-production-services/cgi-communications-inc-in-rochester-ny-79000040/complaints/

Advertising/Sales Issues | Read Complaint Details

Additional Notes

X

**Complaint:** I was solicited about CGI's services. He said that he got my information from the local chamber of commerce (they said they where not authorized). He said that he could get reviews from my patients from phone and email and put the reviews on my ****** plus page. I was not told this at the beginning but they make up fake profiles on ****** and take my patients comments and review them as these fake people. That all together is sketchy. The sales person told me that if I sign up for a year contract that he will put in a 3 month clause that will allow me to get out of the agreement if I was not happy. So I signed up. At the end of the 3 months I was not happy because I had not received good support from my representative. He had missed scheduled phone meetings and hard to get a hold of. When I tried to get out of the contract he told me that he was not going to let me out because of a stipulation in the contract that if they meet 8 points that I couldn't back out. He said "I had to work with him the rest of the year." I was furious! I talked with his boss and go a copy of the contract. He had only met 5 of the 8 things listed. So the boss let me out of my contract. 2 week out of my contract I checked my google+ page and saw that I had lost one of my reviews that they had posted. Now it is the 3rd week and I checked my page and now I have lost 2 of my reviews. I called the boss and he said that they are not taking them down. That ****** takes them down and if I was still in contract with them they would put them back up. I was never told by the salesmen that this would happen. He told me that they have partnered with ****** on this project. This makes there services a complete waste of money! I feel ripped off!!!

**Desired Settlement:** 1) I would like them to re-post the reviews that where taken down. Even if they will be taken back down in a month or so. And... 2) I would like a transcript of the reviews that my patients mentioned about me so I can thank them and refer them to the actual ****** plus page to leave a real review. And... 3) I would like a full refund of $1323.75 for the 3 months of services because if they are going to take down my reviews, then I was miss lead from the start and I would not have went into contract with this company....

**Business Response:**

Thank you for your comments, as we are always working to improve our level of customer satisfaction. CGI Communications is in fact endorsed by your local chamber of commerce.

"He said that he could get reviews from my patients from phone and email and put the reviews on my ****** plus page. I was not told this at the beginning but they make up fake profiles on ****** and take my patients comments and review them as these fake people."

*Available at:* http://www.bbb.org/upstate-new-york/business-reviews/video-production-services/cgi-communications-inc-in-rochester-ny-79000040/complaints/



Complaint Breakdown by Resolution

About Complaint Details

Complaint Resolution Log (18)

The complainant verified the issue was resolved to their satisfaction. (7 complaints)

2/24/2016 Advertising/Sales Issues | Read Complaint Details

12/21/2015 Advertising/Sales Issues | Read Complaint Details

Advertising/Sales Issues | Read Complaint Details

Additional Notes

**Complaint:** I have recently become aware of Next! Ad Agency's services. The employee that signed with Next! Ad Agency is no longer with the company so I have discovered the situation. The employee didn't have credentials to authorize the contract. We have paid out about half the contract that from what I understand was to increase our website traffic, find company leads, and increase our ****** rating. I see few results from any of these goals and the referrals on ****** don't seem authentic. So first of all, the person they were working with in this company was not authorized to sign any contract for their services. Second, the results that the contract outlines are not happening. The few leads I have seen are not generating sale leads. Our ****** rating has gone up only .1 star since these services began. And the reviews don't appear to be organic. Also in speaking with my office staff, the amount of calls this company has placed and insistence upon having shared screen meetings is ridiculous and borderline harassment.

**Desired Settlement:** I would like a refund for the amount we have already paid and the residual costs associated with ****** ad ratings and other costs that occur in direct relation to being involved in this contract. And I would like release from the contract. Also for Next! Ad Agency to refrain from any further calls, including sales. Thanks for your time.

**Business Response:**

Thank you for the opportunity to respond.
The employee of ******* ************ had apparent authority to bind the company and the company ratified the contract by making payment or authorizing their employee to make payment.
The customer states that the employee who entered into the contract is no longer working

"the referrals on ****** don't seem authentic. . . And the reviews don't appear to be organic."

*Available at:* http://www.bbb.org/upstate-new-york/business-reviews/video-production-services/cgi-communications-inc-in-rochester-ny-79000040/complaints