# EXHIBIT D

## Counsel for Plaintiffs' C&D Letter dated 03/10/2016

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

March 10, 2016

*** FRE 408- FOR SETTLEMENT PURPOSES ONLY***

**VIA REGULAR MAIL & E-MAIL**
Frank Buono, President
CGI Communications, Inc. d/b/a NEXT! Ad Agency
130 East Main Street
Rochester, NY 14604
frankb@cgicommunications.com

Re: **Copyright Infringement Notice - Daniel R. Foster's "Hipster Drinking Coffee"**

Dear Mr. Buono:

Our firm represents the interests of Daniel R. Foster ("Photographer"), as well as those of the subject depicted in Photographer's Work (defined below) (the "Subject"), through their licensing agent, Pixsy, Inc. Photographer is a member of the Royal Photographic Society, and his photographic works have appeared in many highly visible and well-respected publications and venues such as National Geographic, der Freitag, the World Wildlife Fund, Virgin Media, and Smithsonian, among others. Photographer owns all rights, title, and interest, in and to the photograph entitled "Hipster Drinking Coffee", depicted below (the "Work"), along with the U.S. copyright registration thereof, VA 1-879-851. (See attached).



Photographer has posted the Work on FLICKR under the Creative Commons Attribution-NonCommercial-ShareAlike 2.0 Generic License ("License")[1], which requires that Photographer be properly attributed and prohibits any and all commercial use of the Work.

---

[1] See: https://www.flickr.com/photos/danielfoster/8558723782/in/photostream/.

It has recently come to our attention, through routine online monitoring, that your company, NEXT! Ad Agency, a division of CGI Communications, Inc. ("NEXT!"), has caused the Work to be displayed and distributed as the profile picture for a fictional Google Plus page for "Tommy Carson"[2], and has also caused false reviews to be posted under this pseudonym to various Google Plus pages for businesses located in New York State, as exemplified by the below.[3]










Not only has NEXT! caused the Work to be used commercially, in connection with the advertising and promotion of a multitude of New York businesses, without attributing Photographer, thereby violating the License and Photographer's exclusive rights in and to the Work, but it has also misappropriated the Subject's likeness in an effort to mislead consumers into believing that the Tommy Carson profile and the reviews associated therewith, are authentic and credible. NEXT!'s unauthorized use of the Work without attribution, along with its commercial use of the Subject's

---

[2] See: https://plus.google.com/116606067624998507357/reviews,

[3] See: https://plus.google.com/+ArketElectricIncSchenectady/about, https://plus.google.com/+DrTheodoreCEckermannDDSRochester/about, and https://plus.google.com/113993965773428026092/about.

likeness in an effort to deceive consumers, constitutes, at a minimum, one or more of the following: willful copyright infringement, false advertising (in violation of New York General Business Law § 350), a deceptive act (in violation of New York General Business Law § 349 and 15 U.S.C. § 45), and a violation of the Subject's right of publicity (in violation of N.Y. Civil Rights Law § 51). Accordingly, if pursued in a United States court, Photographer may be entitled to statutory damages (up to $150,000 per infringement) and attorney's fees under 17 USC § 504(c)(2), and the Subject may be entitled to compensatory and exemplary damages. Moreover, you should be aware that NEXT!'s actions could also subject it to prosecution by the New York State Attorney General and/or investigation by the Federal Trade Commission.

In view of the foregoing, we hereby demand that NEXT! agree in writing to: 1) immediately cease and desist from any and all use or exploitation of the Work; and 2) agree to refrain from any and all future violation of Photographer's and/or the Subject's rights as alleged herein. Furthermore, we must ask that NEXT! or its counsel contact us within **five (5) business days** from the date of this letter to discuss a reasonable settlement for this matter.

The foregoing is without prejudice to the rights, remedies, and defenses of Photographer, the Subject and Pixsy, all of which are hereby expressly reserved.

Sincerely,

William C. Wright

Encl.: As Noted

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VA 1-879-851

**Effective date of registration:**
March 18, 2013

## Title

**Title of Work:** Daniel Foster's Photographs, 2013 Vol I

**Previous or Alternative Title:** Group registration of 27 photographs published from January 19, 2013 - March 16, 2013

**Contents Titles:** Adorable Puppy
A Musical Evening
Arches
Auto Transport
Beautiful Woman
Berlin Bike Riders
Berlin Ostbahnhof
Bumper Cars
East Berlin Sky
Hipster Drinking Coffee
Hudson River Upper Bay
LSU Basketball PMAC
LSU Law Center
LSU Live Oak Trees
LSU Memorial Tower
LSU Tiger Stadium
Memorial Tower in the Oaks
Memorial Tower LSU
Natural Gas Drilling
Natural Gas Fracking
New York Abstract Architecture
New York Pier

New York Stock Exchange

New York Street

Sky of Dreams

Tired Puppy

Vultures in the Trees

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 19, 2013 **Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Foster

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1990

## Copyright claimant

**Copyright Claimant:** Daniel Foster

9004 Pink Pearl Court, Shreveport, LA 71115

## Rights and Permissions

**Name:** Daniel Foster

**Email:** daniel@digital3.net **Telephone:** 225-288-9533

**Address:** 9004 Pink Pearl Court

Shreveport, LA 71115 United States

## Certification

**Name:** Daniel Foster

**Date:** March 18, 2013

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: Range of publication dates is January 19, 2013 to March 16, 2013.

*0000VA0001879851020 1*