# EXHIBIT E

## "Greg Broadbent" Fictional Infringing Profile and Associated False Reviews

Join Google+ Join now and connect with the people who matter most.



Greg Broadbent

Worked at Atos
Attended WyoTech
Lives in Wyoming

Add to circles

**3,362** views



About Posts Photos Videos **Reviews**

Sign

3 reviews

642 S Federal Blvd, Riverton, WY 82501

Profile

Bonneville Transloaders team has been easy to work with. They're very professional, efficient, and they care about your business needs and goals.

Public - a month ago




## Cheyenne Pet Clinic

3740 E Lincolnway, Cheyenne, WY 82001

One of the reasons I love Cheyenne Pet Clinic so much is just the fact that I can get in to see the vet when I need to. They don't make excuses or try to put me off. They make me and my dogs a priority.

Public - 11 months ago

## Nielsen Chiropractic, PC

2500 Dell Range Blvd, Cheyenne, WY 82009

I started coming to Dr. Nielsen after I was in car accident. For a few years I was in pain, but other doctors just told me I was fine and couldn't find out what was wrong. Dr. Niesen was able to pin point tha had a smashed disk. With his help I am now pain free

Public - 11 months ago